

**Scott T. Lashway**
+1.617.348.1833
SLashway@mintz.com

MINTZ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2026

One Financial Center
Boston, MA 02111
617 542 6000
mintz.com

February 13, 2026

MEMO ENDORSED

**BY CM/ECF**

The Honorable Colleen McMahon
United States District Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

*Conference adjourned to 3/19/2026 at 11:00 Am.*

*Colleen McMahon*
*2/13/2026*

> **RE:**    *Martinez v. Rockrose Development, LLC,*
> **Case No. 1:26-cv-00077:  Letter Motion To Reschedule**
> **Initial Pretrial Conference For March 12, 2026 At 11:00 A.M.**

Dear Judge McMahon:

We represent defendant Rockrose Development L.L.C. ("Rockrose") in the above-referenced case. Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1(e), Rockrose respectfully requests that:

1.   The Initial Pretrial Conference, currently set for March 5, 2026 at 9:30 a.m., be rescheduled for March 12, 2026 at 11:00 a.m., and

2.   The parties' associated February 26, 2026 deadline to file a joint letter with proposed Civil Case Management Plan and Scheduling Order be cancelled.

Counsel for Rockrose has conferred with counsel for Plaintiff Martinez, and Plaintiff consents to this motion.

This case arises out of a cybersecurity matter that Rockrose announced on December 12, 2025. This case has been accepted as related to two other cases pending against Rockrose that also arise out of that matter (*Handy v. Rockrose Development L.L.C.*, Case No. 1:26-cv-00021, and *Vauvelle v. Rockrose Development, L.L.C.*, Case No. 1:26-cv-00074). This case was assigned initially to Judge Garnett and, following acceptance of this case as related on February 3, 2026, was reassigned to this Court. The Initial Pretrial Conference and joint letter deadline were set by Judge Garnett prior to reassignment.

The plaintiffs in the three related cases moved for consolidation under Case No. 1:26-cv-00021 (*see* ECF Nos. 10-12 in Case No. 1:26-cv-00021), and this Court endorsed Rockrose's letter motion in Case No. 1:26-cv-00021 that, "All of these cases will be conferenced on March

---

BOSTON   LOS ANGELES   MIAMI   NEW YORK   SAN DIEGO   SAN FRANCISCO   TORONTO   WASHINGTON

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

Case 1:26-cv-00077-CM    Document 9    Filed 02/13/26    Page 2 of 2

The Honorable Colleen McMahon
February 13, 2026
Page 2

12. They will all be on my docket. 3/12/2026 at 11:00 AM." (ECF No. 13 in Case No. 1:26-cv-00021.)

As such, Rockrose respectfully submits that it would be an inefficient use of the parties' and the Court's resources if the parties were required to file the joint letter ordered by Judge Garnett on February 26, 2026 or to appear for an Initial Pretrial Conference on March 5, 2026, in advance of the conference on all three cases on March 12, 2026.

The parties have not engaged in any substantive litigation activities (beyond the three plaintiffs' motion for consolidation referenced above), and Rockrose has not responded to any complaint. This is Rockrose's first request for an extension in this case.[1]

Respectfully submitted,

*/s/ Scott T. Lashway*

Scott T. Lashway

cc:    Counsel of record (via CM/ECF)

---

[1]    Rockrose submitted requests for extensions of time to respond to the Complaint and to designate e-discovery liaisons in *Handy* (*see* ECF No. 9 in Case No. 1:26-cv-00021) and *Vauvelle* (*see* ECF No. 10 in Case No. 1:26-cv-00074). Rockrose has not yet been served with process in this case.